■ STUART A. GELLMAN, Appellant, v JOHN R. LATIMORE, Respondent. [665 NYS2d 377] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied

without prejudice plaintiff's motion for partial summary judgment dismissing defendant's counterclaims pending completion of discovery. Defendant raised material issues of fact (*see, Zuckerman v City of New York,* 49 NY2d 557, 562). Furthermore, defendant has not yet had the opportunity to depose plaintiff. Summary judgment is inappropriate where, as here, " 'the existence of essential facts depends upon knowledge exclusively within the possession of the moving party and [such facts] might well be disclosed by * * * examination before trial' " or further disclosure (*Kindzierski v Foster,* 217 AD2d 998, 1000; *see, Busby v Ticonderoga Cent. School Dist.,* 222 AD2d 882). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Amend Pleading.) Present—Denman, P. J., Hayes, Callahan, Doerr and Fallon, JJ.